# United States Court of Appeals
# for the Federal Circuit

October 12, 2010

## ERRATA

Appeal No. 2010-3039

### THYRMAN F. SMILEY

**v.**

### DEPARTMENT OF DEFENSE

Decided:  October 12, 2010
Nonprecedential Opinion

Please make the following change:

Page 1, line 1, insert before the masthead:  --NOTE: This disposition is nonprecedential--.